**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Magdalina Kalincheva,

                    Plaintiff,          Case No. 23-mc-51021

v.                                      Judith E. Levy
                                        United States District Judge
Jesse L. Neubarth, *et al.*,

                    Defendants.         Mag. Judge Anthony P. Patti

_____/

**ORDER DIRECTING THE CLERK'S OFFICE TO OPEN A CIVIL**
**CASE WITH PLAINTIFF'S INITIAL FILING AND TO CLOSE**
**THIS MISCELLANEOUS CASE**

On June 1, 2023, this miscellaneous case was opened by the Clerk's

Office. The initial document entered in the case was submitted by

Plaintiff Magdalina Kalincheva, who is self-represented or *pro se*. The

document is titled "Emergency Motion for Leave to File - LR 5.2, Fee

Exempt Pursuant to Statute, to Suspend the Rules, for Required

Injunction TRO Electronic Communication Only." (ECF No. 1, PageID.1.)

However, the document also appears to be titled "Notice of Removal &

Instant Action of Our Financial Affidavit of Support Federal Contract

turned into RICO Lawsuit, Frauds, Thefts, Genocide, Terrorism." (*Id.*)

Based on the Court's review of the document, the Court construes Plaintiff's filing as a removal notice through which Plaintiff intended to open a civil case. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed[.]" (internal quotation marks omitted)); *see also Boswell v. Mayer*, 169 F.3d 384, 387 (6th Cir. 1999) ("Pro se plaintiffs enjoy the benefit of a liberal construction of their pleadings and filings.").

Accordingly, the Clerk's Office is DIRECTED to (1) open a civil case with Plaintiff's initial filing, and (2) close this miscellaneous case.

IT IS SO ORDERED.

Dated: June 8, 2023                          s/Judith E. Levy
    Ann Arbor, Michigan                 JUDITH E. LEVY
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 8, 2023.

                              s/William Barkholz
                              WILLIAM BARKHOLZ
                              Case Manager